# CRIMINAL COURT MINUTES

**U.S. MAGISTRATE JUDGE** LINNEA R. JOHNSON  **DATE:** 08/23/2011  **TIME:** 10:00 AM

**DEFT:** MICHAEL ARUTA, M.D. (SURR) ✓  **CASE NO:** 10-80149-Cr-Marra/Hopkins (s)
**AUSA:** PAUL SCHWARTZ ✓  **ATTY:** Bruce Zimet - Retained ✓
**AGENT:** FBI/DEA  **VIOL:** 18:1962(d)
**PROCEEDING:** INITIAL HEARING  **RECOMMENDED BOND:** $250,000 PSB RECOMMENDED

**BOND/PTD HEARING HELD** - yes / no  **LANGUAGE:** ENGLISH ✓
**BOND SET @:**  **PRISONER#**

- ✓ All Standard Conditions.
- ☐ Surrender / or do not obtain passports / travel documents
- ✓ Rpt to PTS as directed / or ___ x's a week/month by phone; / x's a week/month in person
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in a mental health assessment and treatment
- ☐ Random urine testing by Pretrial Services and/or treatment as deemed necessary
- ☐ Not to encumber property.
- ☐ Maintain or seek full-time employment/education.
- ☐ No contact with victims / witnesses.
- ✓ No firearms. Get rid of guns by 8/24/11 by close of business
- ☐ May Not visit Transportation Establishments.
- ✓ Travel extended to: Continental U.S. must file itinerary prior to all travel
- ☐ Home Confinement/Electronic Monitoring/Curfew ___ paid by
- ✓ Other: Cannot prescribe any schedule 2-5 controlled substance

**Disposition:** Initial, Bond & Arraignment held. Deft. present with counsel - advised of rights. Notice of permanent app. filed

Reading of Indictment Waived
~~Not Guilty plea entered~~
Jury trial demanded  ✓ N/A
~~Standing Discovery Order~~ requested

Court set bond in the amount of $250,000 PSB

**NEXT COURT APPEARANCE:** DATE: TIME: JUDGE: PLACE:
REPORT RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE
TAPE No. LRJ 11- 39  Begin: 1281  TIME IN COURT: 5 mins

D.A.R. 10:13:55