UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO: 10-80149-CR

Plaintiff

vs.

Michael Aruta,

### SENTENCING MINUTES

DATE: 2/17/12   Court Reporter: ~~Stephen Franklin~~ Larry Herr

AUSA Paul Schwartz   Defense Counsel: Bruce Zimet

Deputy Clerk: Irene Ferrante

### JUDGMENT AND SENTENCE

Imprisonment 72 MONTHS as to COUNTS _____

Probation _____ YEARS as to COUNTS _____

Supervised Release One YEARS as to Counts _____

[✓] Association restriction  [ ] Employment Requirement  [✓] Permissible Search  [ ] Deportation
[ ] Mental Health Treatment  [ ] Substance abuse treatment  [ ] Financial disclosure  [ ] No debt
[ ] No self-employment  [ ] Related concern restriction  [ ] Sex offender conditions

Assessment $ 100.00   Fine ∅   Restitution: _____

[ ] Counts remaining dismissed on Government motion _____
[✓] Defendant advised of his right to appeal.
[ ] Remanded to U.S. Marshal
[✓] Voluntary Surrender on or before 6-8-12 by 2:00pm
Recommendation to the Bureau of Prisons Pensacola

Time in court: :15